**FILED**
December 13, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:11-cr-00511 JAM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| DONALD PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Donald Parker</u>; Case <u>2:11-cr-00511 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_ Release on Personal Recognizance

    \_\_ Bail Posted in the Sum of _____

    <u>X</u> Unsecured Appearance Bond in the amount of <u>$200,000.00</u>, co-signed by defendant's wife.

    \_\_ Appearance Bond with 10% Deposit

    \_\_ Appearance Bond secured by Real Property

    \_\_ Corporate Surety Bail Bond

    <u>X</u> (Other)<u> Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/13/2011</u> at 3:30 p.m.

By _/s/ Kendall J. Newman_
Kendall J. Newman
United States Magistrate Judge