```
                                                            FILED
                                                       December 13, 2011
            UNITED STATES DISTRICT COURT
                                                    CLERK, US DISTRICT COURT
         FOR THE EASTERN DISTRICT OF CALIFORNIA       EASTERN DISTRICT OF
                                                          CALIFORNIA

                                                          DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )   CASE NUMBER: 2:11-cr-00511 JAM
            Plaintiff,          )
v.                              )   ORDER FOR RELEASE
                                )   OF PERSON IN CUSTODY
DONALD PARKER,                  )
                                )
            Defendant.          )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Donald Parker</u>; Case <u>2:11-cr-00511 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  __   Bail Posted in the Sum of _____

  _X_   Unsecured Appearance Bond in the amount of <u>$200,000.00</u>, co-signed by defendant's wife.

  __   Appearance Bond with 10% Deposit

  __   Appearance Bond secured by Real Property

  __   Corporate Surety Bail Bond

  _X_   (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>12/13/2011</u> at 3:30 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge