HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile:  (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
DONALD M. PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **DONALD M. PARKER**, <br><br> Defendant. | Case No.: 2:11-cr-00511-03 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING BRIEFING SCHEDULE AND HEARING ON NEW TRIAL MOTION FOR DEFENDANT DONALD M. PARKER** <br><br> Hon. William B. Shubb |

**STIPULATION**

Plaintiff, Antitrust Division, United States Department of Justice, by and through its counsel, Anna T. Pletcher, and defendant Donald M. Parker, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing dates for the filing of a reply brief, having previously joined co-defendant Katakis's second amended motion for new trial, filed February 3, 2016, in the above-entitled case, and the hearing on same, and reset the

1

due date for the brief to February 26, 2016 and the hearing on the matter to March 14, 2016, at 9:00 a.m.

Accordingly, the parties request the Court to adopt this stipulation.

Dated: February 4, 2016

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
DONALD M. PARKER

/s/Hayes H. Gable III for
ANNA T. PLETCHER
Attorney for Plaintiff
ANTITRUST DIVISION OF THE
DEPARTMENT OF JUSTICE

## ORDER

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The existing dates for the filing of a reply brief and the hearing on the new trial motion are VACATED; and,
2. The reply brief shall be filed on or before February 26, 2016 and the hearing on the new trial motion is set for March 14, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 10, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2