HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 354
Sacramento, CA 95814
Telephone:  (916) 446-3331
Facsimile:  (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
DONALD M. PARKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>          Plaintiff, <br><br> vs. <br><br> **DONALD M. PARKER**, <br><br>          Defendant. | Case No.: 2:11-cr-00511-03 WBS <br><br> **STIPULATION AND [PROPOSED] ORDER RESETTING BRIEFING SCHEDULE FOR DEFENDANT DONALD M. PARKER** <br><br> Hon. William B. Shubb |

**STIPULATION**

Plaintiff, Antitrust Division, United States Department of Justice, by and through its counsel, Anna T. Pletcher, and defendant Donald M. Parker, by and through his attorney of record, Hayes H. Gable III, agree and stipulate to vacate the existing dates for the filing of a reply brief, having previously joined co-defendant Katakis's second amended motion for new trial, filed February 3, 2016, in the above-entitled case, and the hearing on same, and reset the

1

briefing schedule adopted by the Court for Katakis (ECF no. 454) – United States opposition to motion on March 1, 2016 and Parker's reply brief due on March 15, 2016. The current hearing date of March 14, 2016 would be vacated.

Accordingly, the parties request the Court to adopt this stipulation.

Dated: February 23, 2016

/s/Hayes H. Gable III
HAYES H. GABLE III
Attorney for Defendant
DONALD M. PARKER

/s/Hayes H. Gable III for
ANNA T. PLETCHER
Attorney for Plaintiff
ANTITRUST DIVISION OF THE
DEPARTMENT OF JUSTICE

**ORDER**

Based upon the representations and stipulation of counsel, IT IS HEREBY ORDERED that:

1. The existing dates for the filing of a reply brief and the hearing on the new trial motion are VACATED; and,
2. The United States will file its opposition on March 1, 2016 and Parker will file his reply brief on March 15, 2016.

IT IS SO ORDERED.

Dated: February 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2