KELSEY C. LINNETT (Cal. Bar No. 274547)
JENNIFER HANE (Cal. Bar No. 275729)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
kelsey.linnett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 2:11-CR-511-03 WBS |
|---|---|
| Plaintiff,<br>v.<br>DONALD M. PARKER,<br>Defendant. | **STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties in the above entitled case that the status conference for defendant Donald Parker currently scheduled for Monday, July 24, 2017, at 9:00 a.m., be continued to Monday, August 7, 2017, at 9:00 a.m.

The parties are in ongoing discussions to address issues that affect defendant's sentencing and believe that further discussions would be beneficial. In addition, defense counsel Robert Wilson, who was appointed on May 22, 2017, requires more time to meet with his client, ensure that he has a complete copy of case materials from former counsel, and review case materials. To the extent Mr. Wilson is missing materials and has difficulty obtaining those materials from former counsel, the government has agreed to assist in providing copies of materials in its possession. Finally, defense counsel is researching whether to bring additional post-trial motions.

//

//

| | |
|---|---|
| 1 | For the foregoing reasons, the parties respectfully request that the status conference |
| 2 | currently scheduled for Monday, July 24, 2017, at 9:00 a.m., be continued to Monday, August 7, |
| 3 | 2017, at 9:00 a.m. |

Dated: July 7, 2017

/s/ Kelsey C. Linnett
KELSEY C. LINNETT
JENNIFER HANE
Antitrust Division
U.S. Department of Justice

Dated: July 7, 2017

/s/ Robert M. Wilson*
ROBERT M. WILSON
Attorney for Defendant Donald Parker
*signed with permission

ORDER

**IT IS SO ORDERED.**

Dated: July 10, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE