KELSEY C. LINNETT (Cal. Bar No. 274547)
JENNIFER HANE (Cal. Bar No. 275729)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
kelsey.linnett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DONALD M. PARKER,<br><br>Defendant. | Case No. 2:11-CR-511-WBS<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF STATUS CONFERENCE** |

IT IS HEREBY STIPULATED by and between the parties in the above entitled case that the status conference for defendant Donald Parker currently scheduled for Monday, August 7, 2017, at 9 a.m., be continued to Monday, August 21, 2017, at 9 a.m.

Counsel for Mr. Parker has a medical issue that impedes his attendance at the currently scheduled status conference on August 7, 2017. Accordingly, the parties respectfully request that the status conference on Monday, August 7, 2017, at 9 a.m., be continued to Monday, August 21, 2017, at 9 a.m.

Dated: August 4, 2017         /s/ Kelsey C. Linnett
                              KELSEY C. LINNETT
                              JENNIFER HANE
                              Antitrust Division
                              U.S. Department of Justice

1
STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE
11-CR-511 WBS

Dated: August 4, 2017        /s/ Robert M. Wilson*
                             ROBERT M. WILSON
                             Attorney for Defendant Donald Parker
                             *signed with permission

ORDER

**IT IS SO ORDERED.**

Dated: August 4, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE