KELSEY C. LINNETT (Cal. Bar No. 274547)
JENNIFER HANE (Cal. Bar No. 275729)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
kelsey.linnett@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD M. PARKER,<br><br>    Defendant. | Case No. 2:11-CR-511-03 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS AND MOTION HEARING** |

The United States by and through its counsel of record, and the defendant, by and through his counsel of record, stipulate to the following:

1. On January 8, 2018, the parties in the above-captioned case appeared for defendant's sentencing hearing.

2. At defendant's sentencing hearing, the Court deferred entry of an order as to restitution until January 29, 2018, in order to allow the parties to either stipulate to an amount of restitution or seek a restitution hearing. If the parties took no action, the court would enter an order setting restitution in the amount, ($103,104.47) recommended by the government and the probation officer.

3. On January 22, 2018, the defendant filed a motion for bail pending appeal and requested a January 29, 2018 hearing date. Pursuant to Local Rules, the United States has until January 29, 2018 to file its response in opposition.

4. Accordingly, the parties request the January 29, 2018 motion hearing be continued until February 5, 2018, so that the Court can consider the United States' response.
5. The parties continue to meet and confer concerning the amount of restitution and request the January 29, 2018 status hearing on restitution be continued until February 5, 2018.
6. Counsel for the government has conferred with the Court's deputy, who confirmed that the Court is available on February 5, 2018, at 9:00 a.m.

DATED: January 23, 2018                     Respectfully submitted,

                                                       /s/
                                          JENNIFER HANE
                                          Trial Attorney
                                          Antitrust Division
                                          U.S. Department of Justice

DATED: January 23, 2018                     /s/*
                                          ROBERT M. WILSON
                                          Counsel for the defendant
                                          Donald M. Parker
                                          * signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: January 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE