John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
DONALD M. PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD M. PARKER,<br><br>Defendant. | No. 2:11-CR-0511-03 WBS<br><br>**APPLICATION AND** ~~**PROPOSED**~~ **ORDER** |

Defendant Donald M. Parker, through counsel, hereby applies for an order that the Court recommend to the Bureau of Prisons that Mr. Parker serve his sentence at the facility in Atwater, California, but only insofar as this recommendation accords with security classification and space availability.

On January 8, 2018, the Court sentenced Mr. Parker to six months imprisonment and ordered that he surrender for service of his sentence on June 12, 2018, by 1 p.m. At Mr. Parker's request, the Court recommended to the Bureau of Prisons that he serve his sentence at the facility in Taft, California. Because it is impractical for Mr. Parker's parents and other family members to visit at the Taft prison, he requests that the Court change the recommendation to the facility in Atwater, California, which is much closer to Mr. Parker's Valley Springs home. He also requests

1

that the Court issue an amended judgment to reflect a recommendation for the prison facility at Atwater instead of Taft.

Respectfully submitted,

Dated: May 4, 2018	/s/ John Balazs
	JOHN BALAZS

	Attorney for Defendant
	DONALD M. PARKER

**ORDER**

IT IS SO ORDERED.

Dated: May 7, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE