John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
DONALD M. PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD M. PARKER,<br><br>    Defendant. | No. 2:11-CR-0511-03 WBS<br><br>**APPLICATION AND ~~PROPOSED~~ ORDER** |

    Defendant Donald M. Parker, through counsel, hereby applies for an order that the Court waive interest on his restitution payment. Mr. Parker paid his $84,570.47 restitution obligation in full through borrowed funds. Nonetheless, the U.S. Attorney's Office has informed him that he owes $382.73 in interest because interest was not waived when restitution was imposed. Exhibit A. Through an oversight, his trial counsel neglected to request that interest be waived even though the presentence report recommended that interest be waived. PSR at 23. Mr. Parker now requests that the Court waive interest on his restitution payment.

                                                                             Respectfully submitted,

Dated: May 31, 2018                                     /s/ John Balazs
                                                                           JOHN BALAZS
                                                                           Attorney for Defendant
                                                                          DONALD M. PARKER

**ORDER**

The court now being informed that the United States has no opposition to the request, IT IS SO ORDERED.

Dated: June 4, 2018

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE