1  JOHN BALAZS, Bar No. 157287
   Attorney at Law
2  916 2nd Street, Suite F
   Sacramento, CA 95814
3  Telephone: (916) 447-9299
   Fax: (916) 557-1118
4  john@balazslaw.com

5  Attorney for Defendant
   DONALD M. PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD M. PARKER,<br><br>Defendant. | No. 2:11-CR-0511-03 WBS<br><br>Order to Terminate Defendant Donald M. Parker's Term of Supervised Release<br><br>. |

Pursuant to 18 U.S.C. § 3583(e)(1), there being no objection and for good cause shown, the Court hereby terminates defendant Donald M. Parker's term of supervised release. The December 23, 2019 hearing date is VACATED.

**Dated: December 19, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE